IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01779-MSK-MJW

ESTES EXPRESS LINES,

Plaintiff,

v.

SILICON MOUNTAIN HOLDINGS, INC.,
d/b/a VISION COMPUTERS, INC.,

Defendants.

---

**RECOMMENDATION ON
PLAINTIFF ESTES EXPRESS LINES' MOTION FOR ENTRY OF JUDGMENT
(DOCKET NO. 21)**

---

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

This matter is before the court on Plaintiff's Motion for Entry of Judgment (docket no. 21). The court has reviewed the subject motion (docket no. 21). In addition, the court has taken judicial notice of the court's file. In particular, the court has reviewed the record that was made in open court of the settlement that was reached on October 29, 2010. Furthermore, the court has considered applicable Federal Rules of Civil Procedure and case law. The court now being fully informed makes the following findings of fact, conclusions of law, and recommendation.

**FINDINGS OF FACT AND CONCLUSIONS OF LAW**

The court finds:

1. That I have jurisdiction over the subject matter and over the parties to the lawsuit;

2. That each party has been given a fair and adequate opportunity to be heard;

3. That venue is proper in the state and District of Colorado;

4. That I incorporate by reference all eight averments contained in the subject motion (docket no. 21) as my findings in this case;

5. That Defendant has failed to file any timely response to the subject motion (docket no. 21), and this court deems the motion confessed.

## RECOMMENDATION

**WHEREFORE**, based upon these findings of fact and conclusions of law, it is hereby **RECOMMENDED**:

1. That Plaintiff's Motion for Entry of Judgment (docket no. 21) be **GRANTED**; and,

2. That a final judgment be entered in favor of Plaintiff Estes Express Lines, a Virginia corporation, and against the Defendant Silicon Mountain Holdings, Inc., a Colorado corporation, d/b/a Vision Computers, Inc., in the principal (discounted delivery charges) amount of $18,253.60 plus the discounted added back amount of $41,072.48 plus costs in the amount of $395.00 for a total judgment of $59,721.08 plus post-judgment interest shall accrue at the statutory rate.

3

**NOTICE: Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b)(2), the parties have fourteen (14) days after service of this recommendation to serve and file specific written objections to the above recommendation with the District Judge assigned to the case. A party may respond to another party's objections within fourteen (14) days after being served with a copy. The District Judge need not consider frivolous, conclusive, or general objections. A party's failure to file and serve such written, specific objections waives *de novo* review of the recommendation by the District Judge, <u>Thomas v. Arn</u>, 474 U.S. 140, 148-53 (1985), and also waives appellate review of both factual and legal questions. <u>Makin v. Colorado Dep't of Corrections</u>, 183 F.3d 1205, 1210 (10th Cir. 1999); <u>Talley v. Hesse</u>, 91 F.3d 1411, 1412-13 (10th Cir. 1996).**

Done this 4th day of March 2010.

BY THE COURT

s/ Michael J. Watanabe
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE